UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JENNIFER APONTE,

                        Plaintiff,

    - against -

MANDARICH LAW GROUP LLP and DNF
ASSOCIATES LLC,

                      Defendants.
-------------------------------------------------------------x

**ORDER**

No. 23-CV-6783 (CS)

Seibel, J.

    For the reasons stated on the record on January 19, 2024, and on consent of all parties, Defendants' motion to compel arbitration is granted.  (*See* ECF Nos. 17, 19.)  Accordingly, the case is stayed pending arbitration.  The parties are directed to submit a joint letter updating the Court on the status of the case no later than July 19, 2024, or sooner if the case is resolved.

**SO ORDERED.**

Dated: January 19, 2024
       White Plains, New York

                                                                     _____
                                                                       CATHY SEIBEL, U.S.D.J.